(COURT USE ONLY)

RECEIPT NO.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

Yury Igoverich Mosha

v.

Brian English, et. al,

Cause No. 3:26-cv-00437

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF**

Amy Rebecca Pont

Party(s) Represented

Prefix (check one) ☐ Mr. ☒ Ms. ☐ Mrs.

Last Name: Pont First Name: Amy Middle Name/Initial R

Generation (Sr, Jr, etc):

Firm Name: The Legal Aid Society

Street Address: 49 Thomas Street Suite/Room No.: 5th Floor

City: New York State: NY Zip:

Office Telephone No.: (646) 988-1131 Fax No.:

E-Mail Address: Apont@legal-aid.org

**EDUCATION:**

College: University of Pennsylvania Degree: B.A. Year Completed: 2009

Law School: New York University School of Law Year Graduated: 2014

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| New Jersey | 2014 | Active | 13772014 |
| New York | 2015 | Active | 5317896 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Eastern District of New York | 2018 | Active |
| Southern District of New York | 2018 | Active |
| Second Circuit Court of Appeals | 2018 | Active |
| District of New Jersey | 2019 | Active |
| Western District of New York | 2025 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Amy Pont, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: April 1, 2026

Amy R Pont

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 4/2/2026

s/Scott J. Frankel

Judge, U. S. District Court